UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61174-Civ-Moreno/Torres

JEFFREY D. BIANCHI,

     Plaintiff,

v.

THOMAS K. BAMFORD, ATTORNEY AT LAW and
CACH, LLC

     Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE REGARDING DEFENDANT, CACH, LLC

     Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all

matters in controversy, the Plaintiff, Jeffrey D. Bianchi and Defendant, CACH,

LLC, jointly stipulate to a Dismissal with Prejudice of this action with each party

to bear its own attorney's fees and costs except as otherwise agreed by the parties.

This dismissal does not relate to Defendant, Thomas K. Bamford, Attorney at Law.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Steven M. Canter, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Barron, Newburger & Sinsley, PLLC |
| Fort Lauderdale, Florida  33339 | Suite 102 |
| Telephone: 954-537-2000 | 205 Crystal Grove Boulevard |
| Facsimile: 954-566-2235 | Lutz, FL 33548 |
| | Telephone: 813-500-3636 |
| | Facsimile: 813-949-6163 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Steven M. Canter |
| Donald A. Yarbrough, Esq. | Steven M. Canter, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61174-Civ-Moreno/Torres

JEFFREY D. BIANCHI,

      Plaintiff,

v.

THOMAS K. BAMFORD, ATTORNEY AT LAW and
CACH, LLC

      Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>February 12, 2010,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## <u>SERVICE LIST</u>

Mr. Steven M. Canter, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Boulevard
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163
Counsel for CACH, LLC

<u>Via Notices of Electronic Filing generated by CM/ECF</u>

Thomas K. Bamford, Attorney at Law
Suite 201
1201 Richardson Drive
Richardson, Texas 75080

<u>Via US Mail.</u>