UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-61174-CIV-MORENO**

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

THOMAS K. BAMFORD, Attorney at Law, and
CACH, LLC,

    Defendants.
_____/



CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice Regarding Defendant, CACH, LLC (**D.E. 7**), filed **February 12, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. The Court notes that the claims against Thomas K. Bamford have been previously dismissed without prejudice and CACH, LLC is the only remaining defendant in this action. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew, if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record